1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Case No. CV14-2747 DSF (ASx) |
|---|---|
| Plaintiff, | **PARTIAL JUDGMENT** |
| v. | |
| LA PAYROLL, TOVMAS GRIGORYAN, DMITRI PAIU, GENE MOROZ, et al., | |
| Defendants. | |

The Court having granted Plaintiff's motion for default judgment against several defendants and there being no just reason for delay in entry of judgment as to those defendants,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that each of the following defendants shall take nothing in this action: LA Payroll; Tovmas Grigoryan; Dmitri Paiu; Angelo Marciuliano Individually and DBA Angelo's Italian Deli; DMC Engineering Inc.; Eggy LLC; Image One DBA Printing & Marketing Group; La Voz Del Immigrante Multi-Services LLC; Lawrence Ward Individually and DBA Lawrence's Personal Touch; MI Illusion Restaurant Inc.; New York Clinical Trials Inc.; Paloma Valley Materials Inc.; Roger Gimbel Productions Inc.; Sheila Inc.; Soccer and Soccer Inc.; Soccer International Inc.; SWA Investment LLC; Cal Audit Inc.; Denis Guillen DBA Standard Price Moving Company; Girish B. Desai DBA Corona Dental Plaza of Girish B. Desai; Mitra Zhazaeian DBA Le Petit Café and Mitra Café; NJB Construction Inc.; Robert Stone DBA The Torcello; Sanlyn Medical Products Inc. DBA Medical Concepts; Tmark Foods Inc. DBA Flatiron Truck; and Vision Surveillance Inc.

**IT IS SO ORDERED.**

DATED: 8/6/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE